B6B (Official Form 6B) (12/07)

In re   **OLM,LLC**

Case No. __12-51847__

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand . | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Milford Bank  Checking Account (Clearing Account) | - | 0.00 |
| | | Milford Bank  Checking Account (Payroll Account) | - | 0.00 |
| | | Milford Bank  Checking Account (General Account) | - | 0.00 |
| | | JPMorgan Chase Bank   Checking Account | - | 6,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          6,000.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **OLM,LLC**                                                  Case No. ___12-51847___
                                    _____
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 255,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          255,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **OLM,LLC**                                                    Case No.    __12-51847__
_____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Domain Names:**<br><br>olm.com<br>nameregistrars.com<br>nameregistrars.net<br>serveraday.com<br>serveraday.net<br>fastdns.net<br>fastdns.com<br>vpsaday.com<br>vpsaday.net<br>host4u.net<br>axxs.net<br>webaxxs.net<br>sitemadeeasy.com<br>sitemadeeasy.net<br>worldaxxs.com<br>worldaxxs.net<br>olmstaff.com<br>olmstaff.net | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer Lists  (Varies from time to time)** | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 4 Trefoil Drive, Trumbull CT 06611 and Broadbridge Avenue, Stratford, CT**<br><br>**Various desks, chairs, copy machines, computers** | - | 68,162.18 |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 68,162.18 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6D (Official Form 6B) (12/07) - Cont.

In re   **OLM,LLC**                                                    Case No.   **12-51847**
_____,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Location: 4 Trefoil Drive, Trumbull CT 06611 and Broadbridge Avenue, Stratford, CT** | - | 1,211,448.10 |
| | | **Electronic Data Processing Equipment $445,620.07 Telecommunication Equipment  $187,903.30 Cables, cinduits, etc  $42,932.50 Miscellaneous   $148,602.23** | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Location: 4 Trefoil Drive, Trumbull CT 06611** | - | 8,000.00 |
| | | **1 Generator  (five years old)** | | |
| | | **Location: 4 Trefoil Drive, Trumbull CT 06611** | - | 6,000.00 |
| | | **2 older generators** | | |
| | | **Location: 4 Trefoil Drive, Trumbull CT 06611** | - | 15,000.00 |
| | | **Custom Built Electrical Cabinet** | | |

|  | Sub-Total >  (Total of this page) | 1,240,448.10 |
|---|---|---|
| | Total > | 1,569,610.28 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **OLM, LLC**                                                                 Case No. ___**12-51847**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Lease # 28065827 | | | | |
| **AEL Financial Corp.** **POB 88046** **Milwaukee, WI 53288** | - | | | | | | | | 7,000.00 |
| Account No. x8096 | | | | | | | | | |
| **All American Waste LLC** **POB 630** **East Windsor, CT 06088** | - | | | | | | | | 1,050.00 |
| Account No. 4760 | | | | | | | | | |
| **American Express Merchant** **POB 53825** **Phoenix, AZ 85072** | - | | | | | | | | 0.00 |
| Account No. xxxxxxxxx xxx xxxxx4356 | | | | | | | | | |
| **Aquarion Water Company** **P.O. Box 10010** **Lewiston, ME 04243-9427** | - | | | | | | | | 596.00 |
| _11_ continuation sheets attached | | | | | | | Subtotal (Total of this page) | | 8,646.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **OLM,LLC**                                                   Case No. ___**12-51847**_____

                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| AT&T PO Box 769 Attn: President Arlington, TX 76004 | - | | | | | | 118,098.95 |
| Account No. xxxxxxxxxxx0424 | | | | | | | |
| Bank of America/Business card POB 15796 Wilmington, DE 19886-5796 | - | | | | | | 6,800.00 |
| Account No. | | | | | | | |
| Broadbridge Stratford Assoc. 145 Huguenot Street ste 300A New Rochelle, NY 10801 | - | | | | | | 25,700.00 |
| Account No. | | | | | | | |
| C-NET c/o Becker Law Office,LLC 41 Crossroads Plaza #105 West Hartford, CT 06117 | - | | | | | | 14,400.00 |
| Account No. 6844 | | | | | | | |
| Cablevision Lightpath 11111 Stewart Ave. Bethpage, NY 11714 | - | | | | | | 0.00 |

Sheet no. _1_ of _11_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 164,998.95 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OLM,LLC**                                                    Case No.____**12-51847**_____
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5320** <br><br> **CenturyLink** <br> **20 E.Thomas Road 11th Fl.** <br> **Phoenix, AZ 85012** | - | | | | | | 0.00 |
| Account No. <br><br> **CIT** <br> **c/o Green law,LLC** <br> **11 Talcott Notch Road** <br> **Farmington, CT 06032** | - | | | | | | 22,700.00 |
| Account No. <br><br> **Clicksee Networks Co., Ltd** <br> **999/9 7th Floor** <br> **The Offices of Central World** <br> **Rama 1 Road** <br> **Patuman, BKK 10330 Thailand** | - | | | | | | 8,490.00 |
| Account No. **xxxxxxxxx0001** <br><br> **Cogent Communications** <br> **1015 31st Street NW** <br> **Washington, DC 20007** | - | | | | | | 2,450.00 |
| Account No. <br><br> **Core Internet Council of Regis** <br> **29 Route De Pre-Bois** <br> **CH 1215** <br> **Geneva, Switzerland** | - | | | | | | 15,000.00 |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    48,640.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OLM,LLC**
_____,   Case No. ____**12-51847**_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **517**<br><br>CPanel, Inc.<br>3131 W. Alabama Street<br>Ste 100<br>Houston, TX 77098-2030 | - | | | | | | | | 10,500.00 |
| Account No. **5386,0377,2122**<br><br>Daniella M.DeFilippis Esq.<br>875 Third Ave 8th fl.<br>New York, NY 10022 | - | | | | AT&T vs. OLM,LLC | | | | 118,000.00 |
| Account No.<br><br>Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | - | | | | | | | | 46,700.00 |
| Account No. **9901**<br><br>Elavon,Inc<br>7300 Chapman Hwy<br>Knoxville, TN 37920 | - | | | | | | | | 0.00 |
| Account No.<br><br>ElecComm Power Services<br>Attn: Brian Kerns,President<br>149 Providence Street<br>Hyde Park, MA 02136 | - | | | | | | | | 18,000.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      193,200.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OLM,LLC**

_____

Debtor

Case No. ____**12-51847**____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **M001** | | | | | | | |
| **Fibertech Networks**<br>**300 Meridian Centre Blvd.**<br>**Rochester, NY 14618** | - | | | | | | 24,692.00 |
| Account No. | | | **Various Dates**<br>**Member Loans** | | | | |
| **George DeVack**<br>**411 Barnum Avenue Cutoff**<br>**No. 581**<br>**Stratford, CT 06615** | - | | | | | | 1,000,000.00 |
| Account No. **xxxxx8254** | | | | | | | |
| **Global Crossin Communications**<br>**200 Galleria Office Center**<br>**Suite 402**<br>**Southfield, MI 48034** | - | | | | | | 40,000.00 |
| Account No. | | | | | | | |
| **Good Hill Mechanical Contract**<br>**53 Main Street South**<br>**Woodbury, CT 06798** | - | | | | | | 1,571.00 |
| Account No. | | | | | | | |
| **Greer Benefit Consultants**<br>**50 Nye Road**<br>**Glastonbury, CT 06033** | - | | | | | | 3,000.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,069,263.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OLM,LLC**                                                    Case No. ___**12-51847**___
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Guardian Alarm Services<br>POB 5212<br>Brookfield, CT 06804 | - | | | | | | 800.00 |
| Account No.<br><br>HOV Partnership<br>c/o Henry N. Silverman Esq.<br>817 Grand Avenue<br>New Haven, CT 06511 | - | | | | | | 146,000.00 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | - | | PTRSHP  Penalties | | | X | 24,704.38 |
| Account No.<br><br>Java Express<br>POB 4095<br>Monroe, CT 06468 | - | | | | | | 360.00 |
| Account No.<br><br>Jimmy's Lawn & Landscaping<br>53 Knorr Road<br>Salisbury, CT 06068 | - | | | | | | 7,500.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 179,364.38 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **OLM,LLC**                                      Case No.    **12-51847**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Kelly Services** c/o Abraham H. Hoffman Trustee 4154 Madison Avenue Trumbull, CT 06611 | - | | | | | | | 25,000.00 |
| Account No. | | | | | | | | |
| **Kinsley Power Systems** 14 Connecticut South Drive East Granby, CT 06026 | - | | | | | | | 14,000.00 |
| Account No. | | | | | | | | |
| **Leaf Financial** c/o Johnson, Morgan & White 6800 Broken Sounf Pkwy Boca Raton, FL 33487 | - | | | | | | | 40,000.00 |
| Account No. **x4195** | | | | | | | | |
| **Level 3 Communications** POB 910182 Denver, CO 80291 | - | | | | | | | 14,671.00 |
| Account No. | | | | | | | | |
| **Magna Kleen** POB 923 Monroe, CT 06468 | - | | | | | | | 660.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,331.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **OLM,LLC** _____,    Case No. __**12-51847**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Manifest Funding Services 1450 Channel Pkwy Marshall, MN 56258 | - | | | | | | 42,000.00 |
| Account No. | | | | | | | |
| Marlin Leasing Corp. 300 Fellowship Road Mount Laurel, NJ 08054 | - | | | | | | 21,000.00 |
| Account No. | | | | | | | |
| Microsoft Corp c/o Pucin & Friedland, PC 21210 Erwin Street, Suite A Woodland Hills, CA 91367 | - | | | | | | 31,500.00 |
| Account No. | | | | | | | |
| Miva Merchant 5060 Shoreham Place Ste 130 San Diego, CA 92122 | - | | | | | | 4,785.00 |
| Account No. | | | | | | | |
| Monroe Group c/o Janine M. Becker Esq. 3206 Main Street Bridgeport, CT 06606 | - | | | | | | 157,000.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 256,285.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **OLM, LLC**                                                    Case No.  **12-51847**
_____
Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| OLM, LLC 401k Plan c/o John Hancock USA ATTN: Nermin Aslani POB 7247-7122 Philadelphia, PA 19170-7122 | | - | | | | | Unknown |
| Account No. xxxxx/x0409 | | | | | | | |
| Parallels Inc. 13755 Sunrise Valley Drive Herndon, VA 20171 | | - | | | | | 8,000.00 |
| Account No. | | | | | | | |
| Peter Spambanato CPA 301 Boston Post Road Ste 209 Milford, CT 06460 | | - | | | | | 11,500.00 |
| Account No. | | | | | | | |
| Pitney Bows c/o Sugarman & Sugarman POB 3966 One Bradley Road Woodbridge, CT 06525 | | - | | | | | 20,700.00 |
| Account No. | | | | | | | |
| Poornam/Bob Cares 4836 Brecksville Road Richfield, OH 44286 | | - | | | | | 10,500.00 |

Sheet no. **8** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **50,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OLM, LLC**                                              Case No. ___**12-51847**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Safe Leasing, LLC<br>651 1st Street SE, Ste 800<br>Cedar Rapids, IA 52401 | | - | | | | | 9,200.00 |
| Account No.<br><br>Sarracco Mechanical Services<br>POB 475<br>Brattleboro, VT 05302 | | - | | | | | 1,900.00 |
| Account No.<br><br>Southern CT Gas Co.<br>P.O. Box 1540<br>Bridgeport, CT 06601 | | - | | | | | 1,900.00 |
| Account No.<br><br>Sovereign Bank<br>3 Huntington Quadrangle<br>Melville, NY 11747 | | - | | | | | 1,800.00 |
| Account No.<br><br>The Milford Bank<br>33 Broad Street<br>Attn: Sharon MacKenzie<br>Milford, CT 06460 | | - | | | | | 68,000.00 |

Sheet no. _**9**_ of _**11**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                82,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OLM, LLC**                                                Case No. _____**12-51847**_____
_____
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease# 31818206 | | | | |
| Time Payment Corp. 10-M Commerce Way Woburn, MA 01801 | - | | | | | | | 11,000.00 |
| Account No. | | | | Legal Services | | | | |
| Timothy Aspinwall, Esq. 3200 Main Street Stratford, CT 06614 | - | | | | | | | 22,000.00 |
| Account No. | | | | | | | | |
| Unifirst Corp. 205 Garfield Avenue Stratford, CT 06615 | - | | | | | | | 229.00 |
| Account No. 1486 | | | | | | | | |
| United Illuminating Attn: Mercy Perez P.O. Box 1564 New Haven, CT 06506 | - | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| US Roof Inspection POB 2557 Waterbury, CT 06723 | - | | | | | | | 739.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)                    83,968.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OLM,LLC**                                                    Case No.  **12-51847**
_____                      _____
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxxxxxxx2x25** | | | | | | | | | |
| **Verizon Business** **POB 371873** **Pittsburgh, PA 15250** | | - | | | | | | | 320,000.00 |
| Account No. | | | | | | | | | |
| **WB Mason** **POB 111** **Brockton, MA 02303** | | - | | | | | | | 1,800.00 |
| Account No. | | | | | | | | | |
| **WCPA** **5866 Main Street** **Trumbull, CT 06611** | | - | | | | | | | 2,178.00 |
| Account No. 5428 | | | | | | | | | |
| **Webster Bank** **495 Monroe Tpke.** **Attn: Judy Germano** **Monroe, CT 06468** | X | - | | | | | | | 79,048.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 403,026.00 |
| Total (Report on Summary of Schedules) | | 2,635,222.33 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **OLM,LLC**                                                          Case No. ___12-51847___
                                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AEL Financial Corp.<br>POB 88048<br>Milwaukee, WI 53288 | Debtor is Lessee<br><br>Server Equipment |
| Broadbridge Stratford Associat<br>156 Hugenot Street, Ste 300A<br>New Rochelle, NY 10801 | 3191 Broadbridge Avenue, Stratford, CT<br>Debtor is Lessee<br>Lease Expires December 31, 2015 |
| CIT TBF Financial<br>c/o Green Law LLC<br>11 Talcott Notch Road<br>Farmington, CT 06032 | Debtor is lessee<br><br>Server Equipment |
| Direct Capital<br>1450 Channell Pkwy<br>Marshall, MN 56258 | Debtor is Lessee<br><br>Server Equipment |
| George DeVack<br>411 Barnum Avenue Cutoff<br>Stratford, CT 06615 | 4 Trefoil Drive, Trumbull, CT<br>Debtor is lessee<br>Lease Expires December 31, 2014 |
| Marlin Leasing Corp<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Debtor is Lessee<br><br>Server Equipment |
| Sovereign Bank<br>3 Huntington Quadrangle<br>Melville, NY 11747 | Debtor is lessee<br><br>Server Equipment |
| Time Payment Corp<br>10-M Commerce Way<br>Woburn, MA 01801 | Debtor is lessee<br><br>Server Equipment |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re  **OLM,LLC**                                                          Case No. ___12-51847___
_____
                              Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| George DeVack<br>411 Barnum Avenue Cutoff<br>No. 581<br>Stratford, CT 06615 | Webster Bank<br>495 Monroe Tpke.<br>Attn: Judy Germano<br>Monroe, CT 06468 |
| George DeVack<br>411 Barnum Avenue Cutoff<br>No. 581<br>Stratford, CT 06615 | Various Server Leases |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
### District of Connecticut

In re   **OLM,LLC** _____    Case No.   **12-51847**
                                  Debtor(s)    Chapter   **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __19__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 26, 2012** _____    Signature    **/s/ George DeVack**
                                    **George DeVack**
                                    **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Connecticut

In re   **OLM,LLC**
_____      Case No.    **12-51847**
                                  Debtor(s)                 Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,800,000.00** | **2010** |
| **$4,000,000.00** | **2011** |
| **$3,980,000.00** | **2012  YTD to filing date:  (e)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED EXHIBIT A** | | **$0.00** | **$0.00** |

**None**
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **George DeVack** | **Monthly Rent Payments** | **$156,000.00** | **$0.00** |
| **Member** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Broadbridge Stratford Associates, LLC vs. OLM, LLC BRSP-076310** | **Housing** | **Superior Court, BR Housing Sesssion, Bridgeport, CT** | **Judgment** |

**None**
☐

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Exhibit "A"

| OLM, LLC / D.I.P, CASE #12-51847 | | |
|---|---|---|
| **LIST OF CREDITORS / ADDENDUM** | | |
| Payments from July 11, 12 through October 11, 201 | | |
| **VENDORS** | **ACCOUNT.#** | **AMOUNT PAID** |
| AEL Financial Corp.<br>P.O. Box 88046<br>Milwaukee, WI 53288<br>Phone: 866-761-2433 | 28085827 | $1,530.08 |
| All American Waste, LLC<br>P.O. Box 630<br>East Windsor, CT 06088 / Phone: (800) 826-7952 | 18098 | $1,408.67 |
| Aquarion Water Company<br>P.O. Box 10010<br>Lewiston, ME 04243-9427 / Phone: (203) 445-7323 | 200098639<br>200104356 | $742.65 |
| Aspinwall, Timothy Attorney<br>3200 Main Street<br>Stratford, CT 06614<br>Phone: 203-377-7448 | | $1,650.00<br>(Trustee Account)<br>$7,569.75<br>(Esquire Account) |
| AT&T<br>P.O. Box 5082<br>Carol Stream, IL 60197-5082<br>Phone: 800-288-2020 | 203-445-7700<br>203-445-8059<br>203-876-0661<br>203-386-0688<br>171-791-1570<br>203-476-0316<br>203-476-0317 | $41,416.57 |
| Bank of America / Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 Phone: (800) 673-104 | 4002750099910424 | $200.00 |
| Broadbridge Stratford Associates<br>145 Huguenot Street<br>New Rochelle, NY 10801<br>Phone: 914-633-3660 x20 | | $22,460.62 |
| Cablevision LightPath, Inc.<br>1111 Stewart Ave.<br>Bethpage, NY 11714-3533<br>Phone: 866-611-3434 | 46844 | $19,396.20 |

| | | |
|---|---|---|
| CIT (TBF Financial<br>c/o Green Law, LLC<br>11 Talcott Notch Road<br>Farmington, CT 06032<br>Phone: 860-676-1336 | Stipulated Judgement | $2,197.38 |
| CNET Networks<br>c/o Becker Law Office, LLC<br>41 Crossroads Plaza #105<br>West Hartford, CT 06117 /Phone: 860-233-9625 | Stipulated Judgement | $1,111.11 |
| Cogent Communications<br>1015 31st Street N.W.<br>Washington , DC 20007 Phone: (202) 295-4200 | OLMLL.COL00001 | $1,323.03 |
| CORE Internet Council of Registrars<br>World Trade Center II<br>29 Route De Pre-Bois<br>CH-1215 Geneva, Switzerland<br>Phone: 4122 929 5744 | | $11,754.76 |
| CPanel, Inc.<br>3131 W Alabama Street / Ste 100<br>Houston, TX 77098-2030 / Phone: (713) 529-0800<br>Contact: Brenda Gehringer | 517 | $19,800.00 |
| ElecComm Power Services<br>149 Providence Street<br>Hyde Park, MA 02136<br>Brian Kerins / Phone: 617-333-9520 | 010-0006470-001<br>013-0006847-001 | $8,000.00 |
| Fibertech Networks<br>300 Meridiam Centre Bldg<br>Rochester, NY 14618-3981<br>Phone: 585-697-5181 | OLM001 | $24,692.32 |
| Global Crossing Telecommunications<br>200 Galleria Office Center / Suite 402<br>Southfield, MI 48034<br>Contact: David Higgins / Phone: (800) 341-6768 | 205138264 | $8,917.22 |

| Creditor | | Amount |
|---|---|---|
| Java Express<br>P.O. Box 4095<br>Monroe, CT 06468-4095 / Phone: (203) 452-1683 | | $228.22 |
| Kelley Services<br>c/o Abraham H. Hoffman<br>4154 Madison Avenue<br>Trumbull, CT 06611 / Phone: 203-373-1350 | Stipulated Judgement | $300.00 |
| Level 3 Comunications<br>P.O. Box 910182<br>Denver, CO 80291-0182<br>Phone: 877-253-8353 | 94195 | $14,671.44 |
| Magna Kleen<br>P.O. Box 923<br>Meriden, CT 06468 / Phone: (203) 237-0025 | | $400.94 |
| Marlin Leasing Corp.<br>300 Fellowship Road<br>Mt. Laurel, NJ 08054<br>Phone: 803-839-6756 | | $8,460.00 |
| The Milford Bank /TMB Mortgage Company<br>33 Broad Street<br>Milford, CT 06460 Phone: 203-783-5700 | | $7,348.43 |
| Miva Merchant<br>5060 Shoreham Place Ste 130<br>San Diego, CA 92122 Phone: (858) 731-4158 | | $15,631.00 |
| Pitney B...<br>c/o Sugarmann, Sugarmann, Sugarmann<br>P.O. Box 3665<br>One ... Road<br>New Haven, CT 06525 | Stipulated Judgement | $1,500.00 |
| Quill Corporation<br>P.O. ...<br>Philad... PA 19101-0800<br>Phone: ...-9965 | 3042561 | $1,273.69 |
| Southern CT Gas Company<br>P.O. Box ...<br>Bridg... CT 06601 / Phone: (800) 659-8299 | 050-0010879-8559<br>302457-36343 | $38.76 |

| | |
|---|---|
| Sovereign Bank<br>3 Huntington Quadrangle<br>Melville, NY 11747<br>Phone: 631-531-0907 | $1,062.50 |
| Spangenski, Peter, CPA<br>301 Boston Post Rd, Suite 209<br>Mil..., CT 39-60<br>Phone: 370-0581 | $2,320.71 |
| Time Payment Corp,<br>10-M Commerce Way<br>We... 0 :001<br>Phone: 39-3800 | 31616206. | $2,987.98 |
| Unified Corporation<br>205 Charles Ave.<br>Stre... 33615 Phone: (203) 375-5831 | $608.41 |
| The ... Heating Company<br>P.O. ... 30<br>CHELSEA... A 02150-9230<br>Phone: 199-2997 | 010-0000760-1486 | $50,687.57 |
| Web... :<br>495 ... :pike<br>Mo... : :3<br>Jud... Phone: 203-294-8269 | 10395428 | $1,950.00 |

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service**<br>**Department of the Treasury**<br>**135 High Street, Stop 155**<br>**Hartford, CT 06103** | **October 2012** | **Various bank accounts** |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GROOB, RESSLER & MULQUEEN, P.C. 123 YORK STREET SUITE B NEW HAVEN, CT 06511 | George DeVack | $25,000.00 |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Peter Stambanato, CPA**<br>**301 Boston Post Road, Ste 209**<br>**Milford, CT 06460** | **Continuing** |
| **Michelle Stordy** | **Data Entry   Continuing** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 2003 | Unkown | Unknown |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 2003 | George DeVack |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| George DeVack<br>411 Barnum Avenue Cutoff #581<br>Stratford, CT 06615 | Member | 74% |
| John Roh | Member | 26% |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **George DeVack**<br>**411 Barnum Avenue Cutoff # 581**<br>**Stratford, CT 06615**<br>**Member** | **Various Draws** | **$21,000.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)
**OLM, LLC 401K**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 26, 2012**              Signature  **/s/ George DeVack**
                                                    **George DeVack**
                                                    **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Connecticut

In re   __OLM, LLC__ _____
                                    Debtor(s)

Case No.   __12-51847__
Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **25,000.00** |
| Prior to the filing of this statement I have received | $ **25,000.00** |
| Balance Due | $ **0.00** |

2.   $ __1,046.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor       ■ Other (specify):   **George DeVack**

4.   The source of compensation to be paid to me is:

■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __November 26, 2012__

/s/ Peter L. Ressler
**Peter L. Ressler**
**GROOB, RESSLER & MULQUEEN, P.C.**
**123 YORK STREET**
**SUITE B**
**NEW HAVEN, CT 06511**
**203-777-5741   Fax: 203-777-4206**
**ressmul@yahoo.com**

---

## United States Bankruptcy Court
### District of Connecticut

In re __OLM,LLC__ _____    Case No. __12-51847__ _____
                                   Debtor(s)          Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __November 26, 2012__ _____        __/s/ George DeVack__ _____
                                        **George DeVack/Member**
                                        Signer/Title

AEL Financial Corp.
POB 88046
Milwaukee, WI 53288


AEL Financial Corp.
POB 88046
Milwaukee, WI 53288


All American Waste LLC
POB 630
East Windsor, CT 06088


American Express Merchant
POB 53825
Phoenix, AZ 85072


Aquarion Water Company
P.O. Box 10010
Lewiston, ME 04243-9427


AT&T
PO Box 769
Attn: President
Arlington, TX 76004


Bank of America/Business card
POB 15796
Wilmington, DE 19886-5796


Broadbridge Stratford Assoc.
145 Huguenot Street ste 300A
New Rochelle, NY 10801


Broadbridge Stratford Associat
156 Hugenot Street, Ste 300A
New Rochelle, NY 10801


C-NET
c/o Becker Law Office,LLC
41 Crossroads Plaza #105
West Hartford, CT 06117

Cablevision Lightpath
11111 Stewart Ave.
Bethpage, NY 11714


CenturyLink
20 E.Thomas Road 11th Fl.
Phoenix, AZ 85012


CIT
c/o Green law,LLC
11 Talcott Notch Road
Farmington, CT 06032


CIT TBF Financial
c/o Green Law LLC
11 Talcott Notch Road
Farmington, CT 06032


Clicksee Networks Co., Ltd
999/9 7th Floor
The Offices of Central World
Rama 1 Road
Patuman, BKK 10330 Thailand


Cogent Communications
1015 31st Street NW
Washington, DC 20007


Core Internet Council of Regis
29 Route De Pre-Bois
CH 1215
Geneva, Switzerland


CPanel, Inc.
3131 W. Alabama Street
Ste 100
Houston, TX 77098-2030


Daniella M.DeFilippis Esq.
875 Third Ave 8th fl.
New York, NY 10022


Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Direct Capital
1450 Channell Pkwy
Marshall, MN 56258


Elavon,Inc
7300 Chapman Hwy
Knoxville, TN 37920


ElecComm Power Services
Attn: Brian Kerns,President
149 Providence Street
Hyde Park, MA 02136


Fibertech Networks
300 Meridian Centre Blvd.
Rochester, NY 14618


George DeVack
411 Barnum Avenue Cutoff
No. 581
Stratford, CT 06615


George DeVack
411 Barnum Avenue Cutoff
Stratford, CT 06615


George DeVack
411 Barnum Avenue Cutoff
No. 581
Stratford, CT 06615


George DeVack
411 Barnum Avenue Cutoff
No. 581
Stratford, CT 06615


Global Crossin Communications
200 Galleria Office Center
Suite 402
Southfield, MI 48034


Good Hill Mechanical Contract
53 Main Street South
Woodbury, CT 06798

Greer Benefit Consultants
50 Nye Road
Glastonbury, CT 06033

Guardian Alarm Services
POB 5212
Brookfield, CT 06804

HOV Partnership
c/o Henry N. Silverman Esq.
817 Grand Avenue
New Haven, CT 06511

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Department of the Treasury
135 High Street, Stop 155
Hartford, CT 06103

Internal Revenue Service
Department of the Treasury
135 High Street, Stop 155
Hartford, CT 06103

Java Express
POB 4095
Monroe, CT 06468

Jimmy's Lawn & Landscaping
53 Knorr Road
Salisbury, CT 06068

Kelly Services
c/o Abraham H. Hoffman Trustee
4154 Madison Avenue
Trumbull, CT 06611

Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT 06026

Leaf Financial
c/o Johnson, Morgan & White
6800 Broken Sounf Pkwy
Boca Raton, FL 33487

Level 3 Communications
POB 910182
Denver, CO 80291

Magna Kleen
POB 923
Monroe, CT 06468

Manifest Funding Services
1450 Channel Pkwy
Marshall, MN 56258

Marlin Leasing Corp
300 Fellowship Road
Mount Laurel, NJ 08054

Marlin Leasing Corp.
300 Fellowship Road
Mount Laurel, NJ 08054

Microsoft Corp
c/o Pucin & Friedland, PC
21210 Erwin Street, Suite A
Woodland Hills, CA 91367

Miva Merchant
5060 Shoreham Place Ste 130
San Diego, CA 92122

Monroe Group
c/o Janine M. Becker Esq.
3206 Main Street
Bridgeport, CT 06606

OLM, LLC 401k Plan
c/o John Hancock USA
ATTN: Nermin Aslani
POB 7247-7122
Philadelphia, PA 19170-7122

Parallels Inc.
13755 Sunrise Valley Drive
Herndon, VA 20171


Peter Spambanato CPA
301 Boston Post Road
Ste 209
Milford, CT 06460


Pitney Bows
c/o Sugarman & Sugarman
POB 3966
One Bradley Road
Woodbridge, CT 06525


Poornam/Bob Cares
4836 Brecksville Road
Richfield, OH 44286


Safe Leasing, LLC
651 1st Street SE, Ste 800
Cedar Rapids, IA 52401


Sarracco Mechanical Services
POB 475
Brattleboro, VT 05302


Southern CT Gas Co.
P.O. Box 1540
Bridgeport, CT 06601


Sovereign Bank
3 Huntington Quadrangle
Melville, NY 11747


Sovereign Bank
3 Huntington Quadrangle
Melville, NY 11747


State of Connecticut
Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109

The Milford Bank
33 Broad Street
Attn: Sharon MacKenzie
Milford, CT 06460

Time Payment Corp
10-M Commerce Way
Woburn, MA 01801

Time Payment Corp.
10-M Commerce Way
Woburn, MA 01801

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, CT 06614

Unifirst Corp.
205 Garfield Avenue
Stratford, CT 06615

United Illuminating
Attn: Mercy Perez
P.O. Box 1564
New Haven, CT 06506

US Roof Inspection
POB 2557
Waterbury, CT 06723

Verizon Business
POB 371873
Pittsburgh, PA 15250

WB Mason
POB 111
Brockton, MA 02303

WCPA
5866 Main Street
Trumbull, CT 06611

Webster Bank
495 Monroe Tpke.
Attn: Judy Germano
Monroe, CT 06468

# United States Bankruptcy Court
### District of Connecticut

In re   OLM,LLC _____          Case No.   12-51847
                              Debtor(s)               Chapter    11

## CERTIFICATE OF SERVICE

I hereby certify that on **November 26, 2012,** a copy of AMENDED SCEHDULE F  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Core Internet Council of Regis**
**Kinsley Power Systems**
**OLM, LLC 401k Plan**
**Peter Spambanato CPA**
**Timothy Aspinwall, Esq.**
**Webster Bank**

/s/ Peter L. Ressler _____
**Peter L. Ressler**
**GROOB, RESSLER & MULQUEEN, P.C.**
**123 YORK STREET**
**SUITE B**
**NEW HAVEN, CT 06511**
**203-777-5741Fax:203-777-4206**
**ressmul@yahoo.com**